IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WEAVER HASTINGS,

    Petitioner,

v.                                         4:24cv265–WS/MAF

WALT MCNEIL, SHERIFF,

    Respondent.

_____

## ORDER DENYING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (ECF No. 16) docketed October 16, 2024. The magistrate judge recommends that Petitioner's § 2241 petition for writ of habeas corpus be dismissed. Petitioner has filed objections (ECF No. 20) to the report and recommendation.

Having reviewed the record, the undersigned has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 16) is ADOPTED and incorporated by reference into this order of the court.

2. Respondent's motion (ECF No. 10) to dismiss is GRANTED.

3. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED without prejudice.

4. The clerk is directed to enter judgment stating: "Weave Hastings's petition for writ of habeas corpus is dismissed without prejudice.

5. Petitioner's motion (ECF No. 21) to expand the record is DENIED.

6. A certificate of appealability is DENIED.

7. Leave to appeal in forma pauperis is DENIED.

8. The clerk shall close the case.

DONE AND ORDERED this __22nd__ day of __October__, 2024.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE